IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EBONEE Z.,

    Plaintiff,                                   Case No.: 3:23-cv-067

vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,              Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 18); (2) AWARDING EAJA ATTORNEY FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,000.00; AND (3) THE CASE REMAINS TERMINATED ON THE COURT'S DOCKET**
_____

This Social Security case is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,000.00 and no costs. Doc. No. 18.  The parties have agreed an award of $4,000.00 in attorney fees and no costs, for a total award of $4,000.00, in full satisfaction and settlement of any and all claims EAJA claims Plaintiff may have in the instant case. *Id*.

        For good cause shown, the Court: (1) **GRANTS** the parties' joint motion; and (2) **AWARDS** EAJA fees in the total amount of $4,000.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

        **IT IS SO ORDERED.**

        May 7, 2024                                                    s/*Michael J. Newman*
                                                                                Hon. Michael J. Newman
                                                                                United States District Judge